| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Rosenbaum, Robin S. | 2. Court or Organization Eleventh Circuit Court of Appeals | 3. Date of Report 11/07/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge | 5a. Report Type (check appropriate type) ☑ Nomination Date 11/07/2013 ☐ Initial ☐ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 10/21/2013 |

| 7. Chambers or Office Address 299 E. Broward Blvd., Room 310-A Fort Lauderdale, Florida 33301 |
|---|

| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenbaum, Robin S. | 11/07/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | University of Miami School of Law (teaching legal writing course) | $10,000.00 |
| 2. | 2012 | University of Miami School of Law (teaching legal writing course) | $10,000.00 |
| 3. | 2013 | University of Miami School of Law (teaching legal writing course) | $5,000.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Holland & Knight -- salary |
| 2. | 2013 | Holland & Knight -- salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenbaum, Robin S. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ameritrade Money Market | A | Interest | J | T | Exempt | | | | |
| 2. Astropower common | | None | J | T | | | | | |
| 3. Ballard Power Systems common | | None | J | T | | | | | |
| 4. Bank of America -- checking/savings | A | Interest | J | T | | | | | |
| 5. Cisco Systems common | A | Dividend | J | T | | | | | |
| 6. DiscoverBank Savings and Money Market Account | A | Interest | L | T | | | | | |
| 7. Dodge & Cox Int'l Stock Fund | A | Int./Div. | J | T | | | | | |
| 8. Domini Social Equity Fund | A | Int./Div. | J | T | | | | | |
| 9. Eagle Small Cap Growth Fund | A | Int./Div. | J | T | | | | | |
| 10. Ericsson L M Tel Co ADR | A | Dividend | J | T | | | | | |
| 11. Emagin, Inc. common | | None | J | T | | | | | |
| 12. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 13. Fidelity Contrafund | A | Int./Div. | J | T | | | | | |
| 14. Fidelity Contrafund | A | Int./Div. | K | T | | | | | |
| 15. Fidelity Low Priced Stock fund | A | Dividend | J | T | | | | | |
| 16. Fidelity Municipal Money Market | A | Interest | J | T | | | | | |
| 17. Fidelity Retirement Money Market | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenbaum, Robin S. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Fidelity Unique NH 2015 Portfolio | A | Int./Div. | J | T | | | | | |
| 19. Fidelity Unique NH 2018 Portfolio | A | Int./Div. | K | T | | | | | |
| 20. Fidelity Unique NH Bank Deposit Portfolio | A | Int./Div. | M | T | | | | | |
| 21. Intel Corp. | A | Dividend | J | T | | | | | |
| 22. J2 Global Comunications, Inc. common | A | Dividend | | | | | | | |
| 23. Janus Twenty Fund | A | Dividend | J | T | | | | | |
| 24. Janus Global Research Fund (previously Janus Worldwide Fund) | A | Dividend | J | T | | | | | |
| 25. JDS Uniphase Corp. common | | None | J | T | | | | | |
| 26. MassMutual VUL: Oppenheimer Capital Appreciation Fund | A | Interest | J | T | | | | | |
| 27. MassMutual Variable Universal Life: Oppenheimer Midcap Fund | A | Interest | J | T | | | | | |
| 28. Parnassus Fund | A | Int./Div. | K | T | | | | | |
| 29. PIM Total Return Instiutional Bond Fund--Holland& Knight401k | A | Int./Div. | J | T | | | | | |
| 30. Rhythms Netconnections common | | None | J | T | | | | | |
| 31. T. Rowe Price College Savings Plan Portfolio 2018-529account | A | Int./Div. | L | T | | | | | |
| 32. T. Rowe Price 529 College Plan Money Market Portfolio | A | Interest | M | T | | | | | |
| 33. T. Rowe Price Blue Chip Growth Fund | A | Int./Div. | J | T | | | | | |
| 34. TZ Limited common | | None | J | T | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000         L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal             R =Cost (Real Estate Only)    S =Assessment                  T =Cash Market
   (See Column C2)              U =Book Value            V =Other                      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenbaum, Robin S. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Universal Display Corp. (common) | | None | J | T | | | | | |
| 36. Vanguard Institutional Index Fund | A | Int./Div. | J | T | | | | | |
| 37. Ameritrade Money Market | A | Interest | J | T | | | | | |
| 38. ishares Silver Trust | A | Int./Div. | | | | | | | |
| 39. Janus Twenty Fund | A | Int./Div. | | | | | | | |
| 40. Molycorp | | None | | | | | | | |
| 41. Nortel Networks (common) | | None | J | T | | | | | |
| 42. Oracle (common) | A | Dividend | | | | | | | |
| 43. Apple | A | Dividend | J | T | | | | | |
| 44. Trust #1 | A | Interest | M | T | | | | | |
| 45. -MML VUL: MassMutual Life Blend (X) | | | | | | | | | |
| 46. -MML VUL: Oppenheimer Main Street (X) | | | | | | | | | |
| 47. -MML VUL: Janus Aspen Forty (X) | | | | | | | | | |
| 48. -MML VUL: Oppenheimer Discovery Mid Cap Growth (X) | | | | | | | | | |
| 49. -MML VUL: T. Rowe Price Mid-Cap Growth (X) | | | | | | | | | |
| 50. -MML VUL: Oppenheimer Global (X) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenbaum, Robin S. | 11/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

A portion of Line 18 was transferred to Lines 19 and 20. No gain is reported as these three lines are part of the same 529 college savings account.

Lines 37 through 43 are or were held by my mother, but I am listed as joint tenant on her account. This has been the case for several years. I derive no income or other benefits from my mother's investments.

Lines 45 through 50 list the assets in Trust #1. I do not receive any income or other benefits from this trust or from serving as the trustee, nor am I a beneficiary of the trust. This asset was advertently described as not reportable in my 2013 Annual Report.

A portion of Line 18 was transferred to Lines 19 and 20. No gain is reported as these three lines are part of the same 529 college savings account.

Lines 37 through 43 are or were held by my mother, but I am listed as joint tenant on her account. This has been the case for several years. I derive no income or other benefits from my mother's investments.

Lines 45 through 50 list the assets in Trust #1. I do not receive any income or other benefits from this trust or from serving as the trustee, nor am I a beneficiary of the trust. This asset was advertently described as not reportable in my 2013 Annual Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robin S. Rosenbaum**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 94 | 125 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 542 | 391 | Notes payable to relatives | | | |
| Unlisted securities | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | Accounts and bills due | | | |
| Due from relatives and friends | | | Unpaid income tax | | | |
| Due from others | | | Other unpaid income and interest | | | |
| Doubtful | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned – personal residence | 817 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | Other debts-itemize: | | | |
| Autos and other personal property | 43 | 000 | Thrift Savings Plan loan | | 26 | 184 |
| Cash value-life insurance | 21 | 481 | | | | |
| Other assets itemize: | | | | | | |
| Thrift Savings Plan | 868 | 478 | | | | |
| | | | | | | |
| | | | Total liabilities | | 26 | 184 |
| | | | Net Worth | 2 | 360 | 291 |
| Total Assets | 2 386 | 475 | Total liabilities and net worth | 2 | 386 | 475 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | |
| Other special debt | | | | | | |